UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CORY WINANS, | ) | 3:08-cv-00412-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 7, 2012 |
| | ) | |
| PHILLIP DICKERMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On January 20, 2012, the court received plaintiff's "Motion to Extend Prison Copy Work Limit" (Doc. #33).

On July 14, 2009, this Court entered an Order of Dismissal with Prejudice of plaintiff's Complaint (Doc. #26). The Order was based upon a Stipulation for Dismissal of the parties which included a signed copy of the Settlement Agreement (Doc. #25). Plaintiff's "Motion to Extend Prison Copy Work Limit" (Doc. #33) is therefore **DENIED** as moot.

This case is closed and the clerk shall take no further action. Therefore, the Clerk shall **STRIKE** and **RETURN** Plaintiff's "Motion to Extend Prison Copy Work Limit" (Doc. #33).

**IT IS THEREFORE ORDERED** that the Plaintiff shall cease sending documents to this court under the above case number. The Clerk is directed to return, without filing, any such future submissions by the Plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk